HARRY BENNETT, PLAINTIFF, v. WALKER D. HINES, DI-
RECTOR GENERAL OF RAILROADS, DEFENDANT.

Argued October 7, 1926—Decided January 19, 1927.

**Negligence—Injury to Automobile and Personal Injuries Through Collision With Steam Railroad Train—Third Trial—Rule Made Absolute For Reasons Stated in Opinion of the Supreme Court on the Second Trial.**

On rule to show cause.

Before Justices PARKER, BLACK and CAMPBELL.

For the defendant, *Bourgeois & Coulomb*.

For the plaintiff, *Wescott & Weaver* and *Swackhamer & Swackhamer*.

PER CURIAM.

This suit was brought to recover damages for personal injuries and the destruction of a Ford automobile. The accident occurred in the town of Monroeville, Cumberland county, New Jersey, at a steam railroad crossing, which crossing was at grade with a public highway, leading from Monroeville to Franklinsville on February 10th, 1920. The trial resulted in a verdict for the plaintiff. This is the third trial of the case. At the first trial the jury disagreed; at the second trial a verdict was awarded the plaintiff. This verdict was set aside by the Supreme Court. We find substantially no difference in the testimony on this trial with that of the second trial, the verdict of which was set aside. The rule to show cause must be made absolute, for the reasons stated in the opinion of the Supreme Court on the second trial.